DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT CLINTON FULLWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-845

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie,
Judge.

Howard L. Dimmig, II, Public Defender, and Maura J. Kiefer, Special
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.